UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaSHAWN YOUNG,

        Plaintiff,

Case No. 11-CV-13233

v.

HON. GEORGE CARAM STEEH

COMMUNITY EMERGENCY
MEDICAL SERVICE, INC., et al.,

        Defendants.
_____/

### ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS AND DISMISSING CASE

On July 25, 2011, plaintiff LaShawn Young, appearing pro se, filed the present case. Based upon the information in the Application to Proceed in Forma Pauperis, the court grants plaintiff in forma pauperis status pursuant to 28 U.S.C. § 1915. On August 16, 2011, the court entered an order in Case No. 10-14717, allowing plaintiff to amend his complaint against defendant Community Emergency Medical Service, Inc., in order to add claims asserted in this lawsuit. The court stated that this lawsuit, Case No. 11-13233, is duplicative and unnecessary because of the earlier-filed suit. The court thus ordered that the present action would be dismissed upon the filing of plaintiff's amended complaint in Case No. 10-14717. On January 12, 2012, the court entered another order instructing that this case would be dismissed after plaintiff filed his amended complaint in Case No. 10-14717. Plaintiff filed his amended complaint in Case No. 10-14717 on January 26, 2012 and this case is therefore DISMISSED.

IT IS SO ORDERED.

Dated: January 30, 2012

                                         S/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 30, 2012, by electronic and/or ordinary mail and upon LaShawn Young at 14790 Woodmont, Detroit, MI 48227.

s/Marcia Beauchemin
Deputy Clerk